IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>        Plaintiff,<br><br>vs.<br><br>MITCHELL B. GOLDSTEEN, et al.,<br><br>        Defendants. | CV 21-95-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 72), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 2nd day of August, 2024.

                                                _____
                                                TIMOTHY J. CAVAN
                                                United States Magistrate Judge